*No. 3.*

SMITH ET AL. *against* QUINTON. *Rutland*, 1818.

THIS was an action on Jail bond, for escape of A. M'Farland, the principal.

*Plea*—That M'Farland procured a certificate, from a Judge and Justice, that he had taken the poor debtor's oath, &c.

*Replication*—That the certificate was obtained by the *fraud* of M'Farland, and the Court of Jail delivery.

The Court adjudged the replication insufficient, that the proceedings, being regular on the face of them, was sufficient to discharge the Jailer or bail.